THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY COPPOLA, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted April 18, 1939; decided May 17, 1939.

*Anthony Coppola,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.